# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2008

136319

RUBY & ASSOCIATES, P.C., and DAVID
I. RUBY,
      Plaintiffs, Counter
      Defendants-Appellees,

v

GEORGE W. SMITH & COMPANY, P.C.,
GEORGE W. SMITH, and JOYCE W. MILLER,
      Defendants, Counter
      Plaintiffs-Appellants.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 136319
COA: 274348
Oakland CC: 03-054535-NM

On order of the Court, the application for leave to appeal the March 18, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2008

_____
Clerk

t0721